BRADLEY W. KAMPAS (SBN 111639)
JOANNA L. BROOKS (SBN 182986)
DOUGLAS M. BRIA (SBN 226966)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone:   (415) 394-9400
Facsimile:   (415) 394-9401
Email: kampasb@jacksonlewis.com
        brooksj@jacksonlewis.com
        briad@jacksonlewis.com

Attorneys for Defendant
WAREHOUSE DEMO SERVICES, INC.

MICHAEL HOFFMAN  (SBN 154481)
ALEC SEGARICH  (SBN 260189)
TARA MACOMBER (SBN 264725)
HOFFMAN EMPLOYMENT LAWYERS, LLP
100 Pine Street, Suite 1550
San Francisco, California 94111
Telephone:   (415) 362-1111
Facsimile:   (415) 362-1112

Email: mhoffman@employment-lawyers.com
        asegarich@sfemployment-lawyers.com
        tmacomber@sfemployment-lawyers.com

Attorneys for Plaintiffs Jacqueline Domnitz,
Pamela Taddei, and Imelda Kantere on behalf
of themselves and all others similarly situated,
and the general public

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE DOMNITZ, PAMELA TADDEI, AND IMELDA KANTERE, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>WAREHOUSE DEMO SERVICES, INC., a Washington Corporation and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. CV-09-05305 MMC<br><br>**STIPULATION TO FILING OF REVISED FIRST AMENDED COMPLAINT AND ~~[PROPOSED]~~ ORDER** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective

attorneys of record that Plaintiffs will file a revised First Amended Complaint, to clarify that

defendant Warehouse Demo Services, Inc. is the sole defendant in this litigation, a copy of which

is attached hereto.

IT IS FURTHER STIPULATED that the defendant waives notice and service of the

revised First Amended Complaint and shall not be required to answer the amendment, and that all

1

1  denials, responses and affirmative defenses contained in the answer filed by defendant to the

2  original complaint shall be responsive to the First Amended Complaint.

3

4

5  Dated: April 9, 2010                    JACKSON LEWIS LLP

6

7                                  By: _____

8                                      Bradley W. Kampas
                                        JoAnna L. Brooks
9                                      Douglas M. Bria
                                        Attorneys for Defendant
10                                     WAREHOUSE DEMO SERVICES, INC.

11

12  Dated: April 9, 2010                    HOFFMAN EMPLOYMENT LAWYERS LLP

13

14                                 By: _____

15                                     Michael W. Hoffman
                                        Alec Segarich
16                                     Tara Macomber
                                        Attorneys for Plaintiffs
17                                     JACQUELINE DOMNITZ, PAMELA
                                        TADDEI, AND IMELDA KANTERE

18

19

20

21

22

23

24

25

26

27

28

2

1

## [PROPOSED] ORDER

2      The Court, having read and considered the parties' Stipulation and all papers and

3 pleadings filed by the parties herein, and for good cause shown rules as follows:

4      (1)     Pursuant to stipulation, Plaintiffs may file a revised First Amended Complaint; and

5      (2)     Defendant shall not be required to answer the revised First Amended Complaint,

6 and all denials, responses, and affirmative defenses contained in the answer filed by Defendant to

7 the original complaint shall be responsive to the revised First Amended Complaint.

8      (3)     The Revised First Amended Class Action Complaint, filed by plaintiffs on April
9, 2010, is deemed the operative complaint herein.

9 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

10

11 Dated:  April 21 , 2010

12

13

14

15                                   THE HON. MAXINE M. CHESNEY
                                     JUDGE OF THE UNITED STATES
16                                   DISTRICT COURT

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE REVISED FAC AND [PROPOSED] ORDER                          Case No.:  CV 09 5305 MMC