IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE DOMNITZ,<br><br>    Plaintiff,<br><br>  v.<br><br>WAREHOUSE DEMO SERVICES, INC., et al.,<br><br>    Defendants.<br>_____/ | No. C-09-5305 MMC<br><br>**ORDER GRANTING JOINT REQUEST TO EXTEND DEADLINE TO COMPLETE PRIVATE MEDIATION** |

    Before the Court is the parties' joint request, filed May 28, 2010, for an extension of the deadline to complete private mediation.

    Good cause appearing, the request is hereby GRANTED, and the deadline to complete private mediation is hereby EXTENDED to August 18, 2010.

    **IT IS SO ORDERED.**

Dated: June 9, 2010

_____
MAXINE M. CHESNEY
United States District Judge