IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE DOMNITZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WAREHOUSE DEMO SERVICES, INC.<br><br>　　　　Defendant.<br>_____/ | No. C 09-5305 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO FILE NOTICE OF PENDENCY OF OTHER AND RELATED ACTION** |

　　　　On June 18, 2010, the Court was advised, for the first time, that on February 2, 2010, a "Notice of Pendency of Other and Related Action" was filed pursuant to Civil Local Rule 3-13 in Taddei v. Warehouse Demo Services, Inc., C 10-0765 WHA, by which counsel for plaintiff Taddei identifies Domnitz v. Warehouse Demo Services, Inc., C 09-5305 MMC, as a related action.

　　　　The above-referenced notice fails to comply with the local rules of this district. At the outset, the Court notes that, when two federal cases are pending in the same district, the governing rule is Civil Local Rule 3-12, which requires counsel to file, in the "earliest-filed case," an "Administrative Motion to Consider Whether Cases Should be Related," and further requires service of such motion on all known parties to each action. See Civil L.R. 3-12(b).

　　　　Given the length of time that has elapsed since the filing of the above-referenced

notice, however, the Court, to avoid further delay of its resolution, hereby DIRECTS counsel for plaintiff to file and serve no later than June 28, 2010, a copy of said notice on all parties to the above-titled earlier-filed action, after which the Court will consider the question of whether the cases should be related.

**IT IS SO ORDERED.**

Dated:  June 22, 2010

MAXINE M. CHESNEY
United States District Judge