UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RELATED CASE ORDER**

An Notice of Pendency of Other and Related Action has been filed, stating that the following cases may be related within the meaning of Civil L.R. 3-12:

**C 09-5305 MMC**    Domnitz v. Warehouse Demo Services, Inc.
**C 10-0765 WHA**    Taddei v. Warehouse Demos Services, Inc.

**ORDER**

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[   ] **ARE NOT RELATED** as defined by Civil L.R. 3-12(a).

[ X ] **ARE RELATED** as defined by Civil L.R. 3-12(a).  Counsel are instructed that all future filings in the reassigned case are to bear the initials **MMC** immediately after the case number.  Any case management conference in the reassigned case will be rescheduled by the Court.  Any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the undersigned; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the undersigned.

**DATED:** August 12, 2010

_____
MAXINE M. CHESNEY
United States District Judge