| | |
|---|---|
| BRADLEY W. KAMPAS (SBN 111639) | MICHAEL HOFFMAN (SBN 154481) |
| JOANNA L. BROOKS (SBN 182986) | ALEC SEGARICH (SBN 260189) |
| DOUGLAS M. BRIA (SBN 226966) | TARA MACOMBER (SBN 264725) |
| JACKSON LEWIS LLP | HOFFMAN EMPLOYMENT LAWYERS, LLP |
| 199 Fremont Street, 10th Floor | 100 Pine Street, Suite 1550 |
| San Francisco, California 94105 | San Francisco, California 94111 |
| Telephone:   (415) 394-9400 | Telephone:   (415) 362-1111 |
| Facsimile:    (415) 394-9401 | Facsimile:    (415) 362-1112 |
| Email: kampasb@jacksonlewis.com | |
|            brooksj@jacksonlewis.com | Email: mhoffman@employment-lawyers.com |
|            briad@jacksonlewis.com |            asegarich@sfemployment-lawyers.com |
| |            tmacomber@sfemployment-lawyers.com |
| Attorneys for Defendant | Attorneys for Plaintiffs Jacqueline Domnitz, |
| WAREHOUSE DEMO SERVICES, INC. | Pamela Taddei, and Imelda Kantere on behalf |
| | of themselves and all others similarly situated, |
| | and the general public |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE DOMNITZ, PAMELA TADDEI, AND IMELDA KANTERE, on behalf of themselves, all others similarly situated, and the general public, | Case No. CV-09-05305 MMC |
| | STIPULATION TO FILING OF SECOND AMENDED COMPLAINT AND [PROPOSED] ORDER |
| Plaintiffs, | |
| v. | |
| WAREHOUSE DEMO SERVICES, INC., a Washington Corporation and DOES 1 through 10, inclusive, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiffs will file a Second Amended Complaint pursuant to the parties' proposed settlement agreement.

IT IS FURTHER STIPULATED that defendant Warehouse Demo Services, Inc. waives notice and service of the Second Amended Complaint and shall not be required to answer the amendment, and that all denials, responses and affirmative defenses contained in the answer filed by defendant to the original complaint shall be responsive to the Second Amended Complaint.

Dated: October 30, 2010        JACKSON LEWIS LLP

                               By: _____
                               Bradley W. Kampas
                               JoAnna L. Brooks
                               Douglas M. Bria
                               Attorneys for Defendant
                               WAREHOUSE DEMO SERVICES, INC.

Dated: October 27, 2010        HOFFMAN EMPLOYMENT LAWYERS LLP

                               By: _____
                               Michael W. Hoffman
                               Alec Segarich
                               Tara Macomber
                               Attorneys for Plaintiffs
                               JACQUELINE DOMNITZ, PAMELA
                               TADDEI, AND IMELDA KANTERE

## [PROPOSED] ORDER

The Court, having read and considered the parties' Stipulation and all papers and pleadings filed by the parties herein, and for good cause shown rules as follows:

(1) Pursuant to stipulation, Plaintiffs may file a Second Amended Complaint; and

(2) Defendant shall not be required to answer the Second Amended Complaint, and all denials, responses, and affirmative defenses contained in the answer filed by Defendant to the original complaint shall be responsive to the revised Second Amended Complaint.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ~~October~~ November 2, 2010

THE HON. MAXINE M. CHESNEY
JUDGE OF THE UNITED STATES
DISTRICT COURT

4834-5697-0503, v. 1