BRADLEY W. KAMPAS (SBN 111639)
JOANNA L. BROOKS (SBN 182986)
DOUGLAS M. BRIA (SBN 226966)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone:    (415) 394-9400
Facsimile:    (415) 394-9401
Email: kampasb@jacksonlewis.com
       brooksj@jacksonlewis.com
       briad@jacksonlewis.com

Attorneys for Defendant
WAREHOUSE DEMO SERVICES, INC.

MICHAEL HOFFMAN (SBN 154481)
ALEC SEGARICH (SBN 260189)
HOFFMAN EMPLOYMENT LAWYERS, LLP
100 Pine Street, Suite 1550
San Francisco, California 94111
Telephone:    (415) 362-1111
Facsimile:    (415) 362-1112
Email: mhoffman@employment-lawyers.com
       asegarich@sfemployment-lawyers.com

Attorneys for Plaintiffs
JACQUELINE DOMNITZ, PAMELA
TADDEI, AND IMELDA KANTERE

GENE STONEBARGER (SBN 209461)
RICHARD LAMBERT (SBN 251148)
STONEBARGER LAW
A Professional Corporation
75 Iron Point Circle, Suite 145
Folsom, California 95630
Email: gstonebarger@stonebargerlaw.com
       rlambert@stonebargerlaw.com

Attorneys for Plaintiff NICK MARTIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE DOMNITZ, PAMELA TADDEI, AND IMELDA KANTERE, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>WAREHOUSE DEMO SERVICES, INC., a Washington Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No: CV-09-05305 MMC<br>and Related Action<br>Case No. CV-10-04539 MMC<br>(*Martin v. Warehouse Demo Services, Inc.*)<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CONSOLIDATING CASES** |

WHEREAS, on October 8, 2009, Plaintiff Jacqueline Domnitz filed a complaint against Defendants Warehouse Demo Services, Inc. ("WDS") and Costco Corporation ("Costco") in the Alameda County Superior Court, Case No. RG09478489, alleging violations of the California Labor Code in an individual and representative capacity (the "*Domnitz* Action"). On November 9, 2009, Defendant removed the case to the United States District Court for the Northern District of California pursuant to 28 U.S.C. §§ 1332 (as amended by the Class Action Fairness Act of 2005, Pub. L. 109-2, section 4(a) ("CAFA")), 1441(a) and (b) and 1446.

WHEREAS on April 9, 2010, Ms. Domnitz amended her complaint, adding two additional class representatives, Pamela Taddei and Imelda Kantere, and adding a cause of action for failure to compensate employees for reporting time pay. Plaintiffs' operative Second Amended Complaint includes an additional cause of action for penalties pursuant to the California Labor Code's Private Attorney General Act (Labor Code § 2698) ("PAGA").

WHEREAS on July 28, 2010, Nick Martin filed a class action complaint against Defendant in the United States District Court for the Eastern District of California, case number 2:10-CV-02018-WBS-DAD (the "*Martin*" Action). On November 10, 2010, the Court granted the Parties' motion to relate the *Martin* Action with the earlier-filed *Domnitz* Action on the grounds that the claims asserted in the *Martin* Action overlap with the claims asserted in the *Domnitz* Action.

WHEREAS a joint confidential settlement agreement has been executed by all parties in both the *Domnitz* and *Martin* actions. The Parties in both the *Domnitz* and *Martin* Actions have conferred, and the Parties agree the *Martin* Action should be consolidated with the *Domnitz* Action because the cases involve the same common questions of law and fact, and because consolidation would advance the interests of judicial economy. The Parties request consolidation to seek joint approval of the settlement.

IT IS HEREBY STIPULATED, by and between the Parties through their respective counsel, that:

1. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the *Martin* Action and the *Domnitz* Action are hereby consolidated.

2. The *Martin* Action and the *Domnitz* Action shall be consolidated for purposes of class action settlement approval, briefing, scheduling, discovery, pretrial proceedings, trial, class certification, and any post-trial motions or proceedings. Plaintiffs in the actions reserve the right to file separate briefing on motions, but will coordinate among themselves to avoid unnecessary duplication of arguments. Said actions shall be consolidated for purposes of judgment or appeal.

3. A copy of this Order shall be filed in each of the above-captioned cases, but all further pleadings and papers in these cases shall be filed only under Northern District Case No. CV-09-05305 MMC which shall be designated as the "Lead Case" file. In such subsequent pleadings and papers, the case number shall appear on the face of all pleadings and papers as follows:

   **LEAD CASE No. CV-09-05305 MMC**
   **Consolidated With Case No. CV-10-04539 MMC**

4. Except on initial pleadings (i.e., complaints or answers), or as otherwise required by the Federal Rules of Civil Procedure or the Northern District of California's Local Rules, the caption used on all subsequent pleadings and papers may be of the "short form," listing the first Plaintiff and Defendant in the Lead Case, and referring collectively to all additional parties in the Lead Case and to all of the other cases consolidated for purposes of trial as "and Related Consolidated Action."

IT IS SO STIPULATED.

DATED: January __, 2011                    HOFFMAN EMPLOYMENT LAWYERS, LLP

                                           _____
                                           Michael Hoffman
                                           Alec Segarich
                                           Attorneys for Plaintiffs JACQUELINE DOMNITZ
                                           et al.

-2-
STIPULATION CONSOLIDATING CASES

| | | |
|---|---|---|
| 1 | DATED: January __, 2011 | STONEBARGER LAW, APC |
| 2 | | |
| 3 | | *[signature]* |
| 4 | | Gene Stonebarger |
| 5 | | Richard Lambert |
| | | Attorney for Plaintiff Nick Martin |
| 6 | DATED: January 13, 2011 | JACKSON LEWIS, LLP |
| 7 | | |
| 8 | | *[signature]* |
| 9 | | JoAnna L. Brooks |
| 10 | | Douglas M. Bria |
| | | Attorneys for Defendant WDS |

**HOFFMAN EMPLOYMENT LAWYERS**
100 Pine Street, Ste. 1550
San Francisco, CA 94111
(415) 362-1111

## [PROPOSED] ORDER

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the following actions are hereby consolidated:

1. *Domnitz v. Warehouse Demo Services, Inc.*, Case No: CV-09-05305 MMC (the "*Domnitz* Action"); and

2. Related Action *Martin v. Warehouse Demo Services, Inc.*, Case No. CV-10-04539 MMC (the "*Martin* Action").

**IT IS ALSO ORDERED** that the *Domnitz* Action and the *Martin* Action shall be consolidated for purposes of class action settlement approval, briefing, scheduling, discovery, pretrial proceedings, trial, class certification, and any post-trial motions or proceedings. Plaintiffs in the actions reserve the right to file separate briefing on motions, but they will coordinate among themselves to avoid unnecessary duplication of arguments. Said actions shall be consolidated for purposes of judgment or appeal.

**IT IS ALSO ORDERED** that the consolidation is for the purpose of advancing judicial economy but "does not affect any of the substantive rights of the parties," *J.G. Link & Co. v. Continental Cas. Co.*, 470 F.2d 1133, 1138 (9th Cir. 1972), and does not merge these separate lawsuits into a single action. *Geddes v. United Fin. Group*, 559 F.2d 557, 561 (9th Cir. 1977).

**IT IS FURTHER ORDERED** that a copy of this Order shall be filed in each of the above-captioned cases, but all further pleadings and papers in these cases shall be filed only under Northern District Case No. CV-09-05305 MMC, which shall be designated as the "Lead Case" file. In such subsequent pleadings and papers, the case number shall appear on the face of all pleadings and papers as follows:

**LEAD CASE No. CV-09-05305 MMC**
**Consolidated With Case No. CV-10-04539 MMC**

**IT IS FURTHER ORDERED** that, except on initial pleadings (i.e., complaints or answers), or as otherwise required by the Federal Rules of Civil Procedure or the Northern

HOFFMAN EMPLOYMENT LAWYERS
100 Pine Street, Ste. 1550
San Francisco, CA 94111
(415) 362-1111

District of California's Local Rules, the caption used on all subsequent pleadings and papers may be of the "short form," listing the first Plaintiff and Defendant in the Lead Case, and referring collectively to all additional parties in the Lead Case and to all of the other cases consolidated for purposes of trial as "and Related Consolidated Action."

**IT IS SO ORDERED.**

DATED: _____ January 18 ___, 2011

_____
Hon. Maxine M. Chesney
Judge of the United States District Court

HOFFMAN EMPLOYMENT LAWYERS
100 Pine Street, Ste. 1550
San Francisco, CA 94111
(415) 362-1111