IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE DOMNITZ, et al., | No. C-09-5305 MMC |
| Plaintiffs, | **ORDER VACATING APRIL 1, 2011 HEARING** |
| v. | |
| WAREHOUSE DEMO SERVICES, INC., | |
| Defendant. | |

The Court having received the parties' revised submissions in support of their motion for preliminary approval, and having no further matters to discuss with counsel prior to its issuance of an order granting such approval, hereby VACATES the continued hearing currently scheduled for April 1, 2011.

**IT IS SO ORDERED.**

Dated: March 25, 2011

MAXINE M. CHESNEY
United States District Judge