IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE DOMNITZ, et al., | No. C-09-5305 MMC |
| Plaintiffs, | **ORDER RE: PROPOSED CLASS NOTICE; DIRECTIONS TO PARTIES** |
| v. | |
| WAREHOUSE DEMO SERVICES, INC., | |
| Defendant. | |

Before the Court is the parties' proposed Notice of Pendency of Class Action Settlement ("Class Notice"), filed March 21, 2011 as Exhibit C to the Declaration of Michael Hoffman. By separate order filed concurrently herewith, the Court has granted preliminary approval to the parties' settlement agreement and has directed the parties to give notice of the settlement to the class.

The parties are hereby advised that the Class Notice attached as an exhibit to the Court's order differs from the parties' proposed Class Notice in the following manner:

1. On page 3, in the answer to question 11, the post office box number has been changed from "3060" to the correct post office box number of "36060";

2. On page 4, in the section titled "The Net Settlement Fund," the phrase "statutory penalties of $50,000 pursuant to the California Private Attorneys' General Act (distributed as follows: $37,500 to the California Labor and Workforce Development Agency and

1  $12,500 to Participating Class Members" has been replaced with "a $37,500 payment to
2  the California Labor and Workforce Development Agency to settle the Plaintiffs' claims
3  under the California Private Attorneys' General Act";

4  　　　3. On page 4, in the section titled "The Settlement Awards," the second and third
5  sentences have been rewritten, and now read as follows:  "As explained in the attached
6  Claim Form, each Class Member's estimated Settlement Award shall be determined by
7  reference to the Company's payroll records.  As further explained in the attached Claim
8  Form, if you disagree with your estimated Settlement Award, . . . ."; and

9  　　　4. On page 6, the telephone number for the Claims Administrator has been updated
10  to reflect the correct telephone number is (800) 804-0673.[1]

11  　　　The parties are hereby DIRECTED to include such revisions in the notice sent to the
12  class.

13  　　**IT IS SO ORDERED.**

15  Dated: April 1, 2011

　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] On March 24, 2011, plaintiffs' counsel notified the Deputy Clerk that the Claims Administrator had advised the parties to use the telephone number identified above, rather than the number set forth in the Class Notice provided to the Court on March 21, 2011.

2