**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JACQUELINE DOMNITZ, et al.,

        Plaintiffs,

  v.

WAREHOUSE DEMO SERVICES, INC.,

        Defendant.

_____/

No. C-09-5305 MMC

**ORDER RE: PLAINTIFFS' MOTION TO CONTINUE FILING DATE; DIRECTIONS TO PLAINTIFFS**

     Before the Court is plaintiffs' "Motion to Continue Filing Date," filed May 26, 2011. Having read and considered the motion,[1] the Court rules as follows:

     The motion is hereby GRANTED, as follows:

     1.  The deadline for plaintiffs to file any motion for an award of fees, expenses, and incentive awards, and to provide access to any such motion on www.employment-laywers.com/court-notices.html, is hereby EXTENDED to June 6, 2011.

     2.  No later than Tuesday, May 31, 2011, plaintiffs shall post on the above-referenced website a notice stating that any motion for an award of fees, expenses, and incentive awards will be available on the website no later than June 6, 2011.

     **IT IS SO ORDERED.**

Dated:  May 27, 2011

MAXINE M. CHESNEY
United States District Judge

_____

[1]Plaintiffs state that defendant does not oppose the instant motion.