| | |
|---|---|
| BRADLEY W. KAMPAS (SBN 111639)<br>JOANNA L. BROOKS (SBN 182986)<br>DOUGLAS M. BRIA (SBN 226966)<br>JACKSON LEWIS LLP<br>199 Fremont Street, 10th Floor<br>San Francisco, California 94105<br>Telephone:   (415) 394-9400<br>Facsimile:    (415) 394-9401<br>Email: kampasb@jacksonlewis.com<br>      brooksj@jacksonlewis.com<br>      briad@jacksonlewis.com<br><br>Attorneys for Defendant<br>WAREHOUSE DEMO SERVICES, INC. | MICHAEL HOFFMAN (SBN 154481)<br>ALEC SEGARICH (SBN 260189)<br>HOFFMAN EMPLOYMENT LAWYERS, LLP<br>100 Pine Street, Suite 1550<br>San Francisco, California 94111<br>Telephone:   (415) 362-1111<br>Facsimile:    (415) 362-1112<br>Email: mhoffman@employment-lawyers.com<br>      asegarich@sfemployment-lawyers.com<br><br>Attorneys for Plaintiffs<br>JACQUELINE DOMNITZ, PAMELA<br>TADDEI, AND IMELDA KANTERE<br><br>GENE STONEBARGER (SBN 209461)<br>RICHARD LAMBERT (SBN 251148)<br>STONEBARGER LAW<br>A Professional Corporation<br>75 Iron Point Circle, Suite 145<br>Folsom, California 95630<br>Email: gstonebarger@stonebargerlaw.com<br>      rlambert@stonebargerlaw.com<br><br>Attorneys for Plaintiff NICK MARTIN |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE DOMNITZ, PAMELA TADDEI, AND IMELDA KANTERE, on behalf of themselves, all others similarly situated, and the general public,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>WAREHOUSE DEMO SERVICES, INC., a Washington Corporation; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No: CV-09-05305 MMC<br>and Related Action<br>Case No. CV-10-04539 MMC<br>(*Martin v. Warehouse Demo Services, Inc.*)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING REMINDER POSTCARD NOTICE TO THE CLASS**<br><br>Ctrm:  7 |

STIPULATION AND [PROPOSED] ORDER
REGARDING POSTCARD NOTICE TO THE CLASS

Case No: CV-09-05305 MMC

1  WHEREAS, on April 1, 2011, the Court granted preliminary approval of a class action
2  settlement between the parties in Lead Case *Domnitz v. Warehouse Demo Services, Inc.* and
3  Consolidated Case *Martin v. Warehouse Demo Services, Inc.*
4  WHEREAS pursuant to paragraphs 9 and 10 of the April 1, 2011 order, the Court
5  approved the parties' proposed method of providing mailed, written, notice to the settlement
6  class, and found it constitutes the best notice practicable under the circumstances and sufficient
7  notice of the matters of the case. Settlement class members have until July 13, 2011, to submit a
8  postmarked claim form, objection, or request for exclusion from the settlement. Pursuant to
9  section IV.H(h) of the stipulation of settlement, the parties are otherwise prohibited from
10  contacting class members regarding their participation in or exclusion from the settlement.
11  WHEREAS the parties have conferred and wish to maximize participation by settlement
12  class members. Accordingly, the parties seek to provide additional notice to potential settlement
13  class members who have not responded to the original notice. The parties agree to mailing of a
14  postcard reminder notice to class members that have not yet submitted a claim form or request
15  for exclusion. The proposed postcard is attached hereto as Ex. A.
16  IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendant by and through
17  their respective counsel, that:
18  1. Rust Consulting, Inc., the approved claims administrator, shall mail the reminder
19  postcard in the form attached as Ex. A to this Stipulation, or as approved by the Court, to
20  class members who have not responded to the originally-mailed notice packet as of the
21  date of this Order.
22  2. The cost of mailing the postcards will be covered by the approved funding for claims
23  administration, as provided in section IV.D of the stipulation and settlement and
24  addendum thereto.
25  ///
26  ///
27  ///
28

-1-
STIPULATION AND [PROPOSED] ORDER
REGARDING POSTCARD NOTICE TO THE CLASS
Case No: CV-09-05305 MMC

HOFFMAN EMPLOYMENT LAWYERS
100 Pine Street, Ste. 1550
San Francisco, CA 94111
(415) 362-1111

1  IT IS SO STIPULATED.

2  DATED: July 6, 2011                    HOFFMAN EMPLOYMENT LAWYERS, LLP

3                                                              /S/ Michael Hoffman

4  _____
   Michael Hoffman, Esq.
5  Alec Segarich, Esq.
   Attorneys for Plaintiffs JACQUELINE DOMNITZ
6  et al.

7

8  DATED: July 6, 2011                    STONEBARGER LAW, APC

9                                                              /S/ Gene Stonebarger

10 _____
   Gene Stonebarger, Esq.
11 Attorney for Plaintiff Nick Martin

12 DATED: July 6, 2011                    JACKSON LEWIS, LLP

13                                                              /S/ JoAnna Brooks

14 _____
   JoAnna Brooks, Esq.
15 Douglas Bria, Esq.

16 Attorneys for Defendant WDS

HOFFMAN EMPLOYMENT LAWYERS
100 Pine Street, Ste. 1550
San Francisco, CA 94111
(415) 362-1111

## ORDER

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that:

1. Rust Consulting, Inc. shall mail the postcard to settlement class members who have not responded to the original notice mailing in this case, as of the date of this order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: July 8, 2011

_____
Hon. Maxine M. Chesney
Judge of the United States District Court

# EXHIBIT A

## IMPORTANT REMINDER FROM THE DOMNITZ V. WAREHOUSE DEMO SERVICES, INC. CLASS ACTION CLAIMS ADMINISTRATOR

Notice Materials were recently mailed to you in regard to the *Domnitz v. Warehouse Demo Services, Inc.*, Settlement.

In order to be eligible to receive any of the Settlement proceeds, you must complete, sign and mail the Claim Form, postmarked on or before **July 13, 2011** to the Class Action Claims Administrator at the address below.

**DOMNITZ V. WAREHOUSE DEMO SERVICES, INC.**
**Class Action Claims Administrator**
**c/o Rust Consulting, Inc.**
**P.O. Box 2396**
**Faribault, MN 55021-9096**

If you did not receive your Notice Materials or misplaced them, please call the Class Action Claims Administrator at **1-800-804-0673** to request another copy be mailed to you.

DOMNITZ V. WAREHOUSE DEMO SERVICES, INC.
CLASS ACTION CLAIMS ADMINISTRATOR
C/O RUST CONSULTING, INC.
P.O. BOX 2396
FARIBAULT, MN 55021-9096

**IMPORTANT LEGAL REMINDER**

*«Main_RustID»* - «seq»

«FIRSTNAME» «LASTNAME»
«ADDRESS1»
«ADDRESS2»
«CITY» «STATE» «ZIP»
«COUNTRY»