IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JACQUELINE DOMNITZ, et al.,

    Plaintiffs,

  v.

WAREHOUSE DEMO SERVICES, INC.,

    Defendant.

No. C-09-5305 MMC

**ORDER DIRECTING MICHAEL HOFFMAN AND JACQUELINE DOMNITZ TO ATTEND NOVEMBER 4, 2011 HEARING**

Before the Court is the Motion to Withdraw as Counsel of Record, filed September 30, 2011, by Michael Hoffman, counsel of record for plaintiff Jacqueline Domnitz. The motion is noticed for hearing on November 4, 2011. Also before the Court are two letters by Jacqueline Domnitz, filed, respectively, on September 2, 2011 and September 29, 2011.

Having read and considered the above-referenced filings, the Court finds the personal appearances of Michael Hoffman and Jacqueline Domnitz are necessary to address the pending matters, and, accordingly, hereby ORDERS Michael Hoffman and Jacqueline Domnitz to appear before the Court on November 4, 2011, at 9:00 a.m., in Courtroom 7.

**IT IS SO ORDERED.**

Dated: October 25, 2011

MAXINE M. CHESNEY
United States District Judge