**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   JACQUELINE DOMNITZ, et al.,            No. C-09-5305 MMC

12              Plaintiffs,                 **ORDER DIRECTING MICHAEL
                                            HOFFMAN AND JACQUELINE DOMNITZ**
13     v.                                   **TO ATTEND NOVEMBER 4, 2011
                                            HEARING**
14   WAREHOUSE DEMO SERVICES, INC.,

15              Defendant.
     _____/
16

17         Before the Court is the Motion to Withdraw as Counsel of Record, filed September

18   30, 2011, by Michael Hoffman, counsel of record for plaintiff Jacqueline Domnitz.  The

19   motion is noticed for hearing on November 4, 2011.  Also before the Court are two letters

20   by Jacqueline Domnitz, filed, respectively, on September 2, 2011 and September 29, 2011.

21         Having read and considered the above-referenced filings, the Court finds the

22   personal appearances of Michael Hoffman and Jacqueline Domnitz are necessary to

23   address the pending matters, and, accordingly, hereby ORDERS Michael Hoffman and

24   Jacqueline Domnitz to appear before the Court on November 4, 2011, at 9:00 a.m., in

25   Courtroom 7.

26         **IT IS SO ORDERED.**

27
     Dated:  October 25, 2011                    _____
28                                               MAXINE M. CHESNEY
                                                 United States District Judge