MICHAEL HOFFMAN (SBN 154481)
HOFFMAN EMPLOYMENT LAWYERS, LLP
100 Pine Street, Suite 1550
San Francisco, CA 94111
Telephone: (415) 362-1111
Facsimile: (415) 362-1112
Email: mhoffman@employment-lawyers.com

Attorneys for Plaintiffs
JACUELINE DOMNITZ, PAMELA TADDEI,
and IMELDA KANTERE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE DOMNITZ, PAMELA TADDDEI, and IMELDA KANTERE, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>WAREHOUSE DEMO SERVICES, INC., a Washington Corporation and Does 1 through 10, inclusive,<br>Defendants. | Case No. CV-09-05305 MMC<br><br>**DECLARATION OF MICHAEL HOFFMAN**<br><br>Date: November 4, 2011<br>Time: 9:00 a.m.<br>Courtroom: 7<br>Judge: Hon. Maxine Chesney |

I, Michael Hoffman, declare and say that I am an attorney at law duly licensed to practice in this California, and am counsel of record for Plaintiff Jacqueline Domnitz in Case No. CV-09-05305-MMC, *Domnitz v. WDS*. I make this declaration from my own personal knowledge. If called to testify, I could and would honestly testify as to the following:

1. Our office represents Ms. Domnitz as a client in a wage and hour class action dispute. On September 2, 2011, Ms. Domnitz wrote a letter to the Honorable Judge Maxine Chesney (*See, Exhibit 1*) voicing her concerns regarding the final settlement of the

**DECLARATION OF MICHAEL HOFFMAN**
**Case No. CV-09-05305 MMC**

case, *Domnitz v. WDS.*

2. After the letter Ms. Domnitz addressed to the court, it became apparent that our office and Ms. Domnitz had irreconcilable differences. As such, I informed Ms. Domnitz on September 6, 2011 in a voicemail and on September 7, 2011 at 5:02 p.m in a text message that we would no longer be able to represent her in these proceedings, and advised her to immediately seek new counsel.

3. I believe that the letter Ms. Domnitz wrote to the court is totally without merit and is founded on dishonest accusations. I have attached herein true and correct copies, of emails between myself and Ms. Domnitz which show that her allegations are incorrect. These emails juxtaposed with these allegations, are summarized here, verbatim:

*["He has been rude, mercurial, misogynist, deceitful, and explosive. He goes on wild diatribes and verbal tirades whenever I ask a question about this case. He was scary."]*

Comments Domnitz made in an email (*See, Exhibit A*) to Geri Camp on August 17, 2011:
**"[Michael has] always been a very stand-up person. He's never been inappropriate…"**
Comments Domnitz made in an email (*See, Exhibit B*) to Michael Hoffman on November 17, 2010:
**"I hope that you and I celebrate together for one drink after work someday like you promised. We have a lot to be happy about."**
Comments Domnitz made in an email (*See, Exhibit C*) to Michael Hoffman on December 2, 2010:
**"Michael, I have a high level of regard for you and your brainpower."**

*["He enjoyed inflicting emotional duress on me repeatedly."]*

Comments Domnitz made in an email (*See, Exhibit D*) to Michael Hoffman on October 8, 2010:
**"Thanks for believing in me."**
Comments Domnitz made in an email (*See, Exhibit E*) to Michael Hoffman on August 30, 2010:

DECLARATION OF MICHAEL HOFFMAN
Case No. CV-09-05305 MMC

"Thanks for everything with resolving this case. You did a great job with getting a settlement…BTW: Michael Adam sings the highest praises of your settlement skills."

Comments Domnitz made in an email (*See, Exhibit F*) to Michael Hoffman on March 22, 2011:

"It was good hearing from you today. You know I love to hear from you because you are quite the character (yes, I mean that in a good way)!"

> *["I informed Tara who called me several times that Michael promised me specifics about what would and would not happen, and he knowingly and deliberately lied to me."]*

Comments Domnitz made regarding mediation in an email (*See, Exhibit G*) to Geri Camp on June 3, 2011:

"Michael was really cool…I was very proud of him for being strong. These were the moments I was hoping to see. I was surprised that it happened this early in the case. I feel that we are all going to be happy about this settlement. Michael is A-OK."

Comments Domnitz made in an email (*See, Exhibit H*) to Michael Hoffman on November 18, 2010:

"I was drinking Snapple and staring at Donald Trump's pic thinking, Wow, Michael H. shud try out for Celebrity Apprentice, but then I realized you can earn a million on your own. Ha Ha! Good for You. I'm proud of ya, man."[sic]

> *["[Tara] told me it was awful that Michael had lied so many times. She commiserated with me about Michael's lack of condor. I told Tara that Michael cared only about getting money from this litigation, and that he did not have one shred of veracity in his brain. I told her that he inflicted emotional duress even when it was not necessary. I told Tara he lied for the sake of lying and even when he did not have to lie, Michael Hoffman continued to lie. I told Tara that Michael Hoffman was a sociopath."]*

Comments Domnitz made regarding mediation in an email (*See, Exhibit G*) to Geri Camp on August 17, 2010:

"Geri, I really do think Michael is a God send to us."

Comments Domnitz made in an email (*See, Exhibit I*) to Michael Hoffman on June 8, 2011:

"I just wanted to let you know that I have been very much aware of your operating expenses from the initiation of this case…I do not begrudge or resent the money that you and the others have earned from litigating this WDS case."

> *["Mr. Hoffman was also very rude to me at break outside the plaza at the opposing counsel's deposition stating in a low, sneering tone, 'You think you're something, don't you?' It was as though he changed from a regular person to someone I did not*

> *know. I was in there testifying, validating this case for millions of dollars in settlement, and Hoffman was harassing me for the sheer pleasure of it."]*

Comments Domnitz made regarding mediation in an email (*See, Exhibit J*) to Geri Camp on August 17, 2010:

**"Now you must know that Michael was pretty dog-gone fantastic too! Joann, opposing counsel, was posturing that we did not have claim certification on some issues, but Michael said 'No way.' He said it was insulting, etc. I was happy that he did that. Also Alek was great. Tara was too. I think they are a powerhouse...[Michael] was adamant, and I believe we are going to be okay. I enjoyed the whole day!"**

> *["I walked in the hall. He started whispering to me, 'I am going to give you $25,000 or $50,000 – just name what you want.' I was shocked. Michael Hoffman also said, 'If you repeat it, I'll deny it, but I am going to bring a briefcase filled with at least $25,000 cash to you when this case is over.' I was dumbfounded."]*

Comments Michael Hoffman made in an email (*See, Exhibit K*) to Domnitz on August 23, 2010:

**"I received a very disturbing call from Gene Stonebarger who says that you called his office and said you were 'Priscilla Smith' Is this true? If you are not happy with your role as a class representative, and do not wish to participate, please let me know, but your actions, if you did this, are not appropriate as a class representative."**

> *["I was very upset about this spectacle. I believe that Michael Hoffman offered me this money to drag me away from the other class members."]*

Comments Domnitz made in an email (*See, Exhibit L*) to Michael Hoffman on August 30, 2010:

**"Thanks for everything with resolving this case. You did a great job with getting a settlement. I am shocked that this case settled so quickly. I hope that you get everything that you want from this opportunity and many others that may come your way."**

> *["In order to manipulate our monetary discussions and bring it to a halt, Mr. Hoffman demanded that I leave the conference room-with him. I felt like I was making a bargain with the mafia, but I had no choice in the matter."]*

Comments Domnitz made regarding her mediation in an email (*See, Exhibit M*) to Michael Adams, CC to Michael Hoffman, on August 31, 2010:

**DECLARATION OF MICHAEL HOFFMAN**
**Case No. CV-09-05305 MMC**

4

"...Michael Hoffman has done a tremendous job in getting this case to settle so quickly...this settlement agreement with Jackson & Lewis defies our wildest expectations...Mr. Hoffman has been a brilliant lawyer, and he's been sincere about this case. I value his opinions."

*["I informed Hoffman that this was false, and I would not sign that declaration."]*

Comments Domnitz made regarding her declaration in an email (*See, Exhibit N*) to Alec Segarich on June 3, 2011

"I perused these-thanks. Clarification is apparent."

Comments Domnitz made regarding her declaration in an email (*See, Exhibit O*) to Alec Segarich on June 3, 2011:

"I'm comfortable with it now that you explained it... I will send this declaration signed for you tomorrow."

*["I told Michael that I had 25,000 plus reasons for not signing that proposed declaration, (EXHIBIT B #7), and that I would NEVER sign it. I retained the message that Michael Hoffman left me on my cell phone about it. He said, 'It's just a standard declaration, and he didn't know what I was talking about, etc.' If Hoffman didn't know what I was talking about, then why did he change my declaration? My declaration is different from the others."]*

Comments Domnitz made to Alec Segarich in an email (*See, Exhibit N*) on September 29, 2010

"I wud not jeopardize this case in any way because it is much bigger than me. Three lawyers in SF have worked very hard to bring this case forward. Regardless of my personal feelings about the course of events that have happened to me/others, it wud be extremely selfish and the antithesis of my personal values to sabotage this case...I hope that you, Michael, and Tara know that I would not hurt your livelihood..."[sic]

Comments Domnitz made to Alec Segarich in an email (*See, Exhibit P*) on December 2, 2010:

"I see my question was answered from the last time about the settlement. I believe Stonebarger should only get $25,000. That is entirely too much money for what little they did...But as long as you both are happy, I guess I will sign."

4. On September 30, 2011, I prepared and filed a Motion to Withdraw as Counsel of Record along with a [Proposed] Order. (*See, Exhibit 2*)

5. On September 30, 2011, I instructed my office manager Yvette Gault to serve Jacqueline Domnitz documents which included: NOTICE OF MOTION AND

DECLARATION OF MICHAEL HOFFMAN
Case No. CV-09-05305 MMC

5

MOTION TO WITHDRAW AS COUNSEL OF RECORD; DECLARATION OF MICHAEL HOFFMAN, ESQ., PAM TADDEI, and IMELDA KANTERE and [PROPOSED] ORDER, through the United States Mail by placing the documents listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at 100 Pine Street, Suite 1550, San Francisco, CA 94111 addressed to JACQUELINE DOMNITZ, 7 Villa Lane, Millbrae, CA 94030-2917. I also instructed Ms. Gault to messenger a copy of the documents to JACQUELINE DOMNITZ, 7 Villa Lane, Millbrae, CA 94030-2917 using the services of Cricket Courier Cooperative.

6. In response to being served with the above mentioned documents, Ms. Domnitz filed a Temporary Restraining Order with the San Mateo Superior Court on or around October 6, 2011. Ms. Domnitz's allegations in the TRO (*See Exhibit 3*) that I was present at her home on September 30, 2011 are completely untrue since the documents were delivered by Cricket Courier Cooperative. Domnitz made this false allegation several times throughout the TRO when stating:

*["He also came to my house on Friday, 9/30/11 & left an envelope on my doorstep that scared me. He is deliberately trying to scare me with papers placed at my door that are drafts of declarations & a motion."]*

*["I believe that Hoffman was on my property on Friday, September 30, 2011 in the evening..."]*

*["Hoffman is not using a process server to send me documents."]*

*["Hoffman is a lawyer, and knows that he could send appropriate court-filed documents to me legally via process server, but he has chosen to deliver an envelope to my door-in person-to further frighten me."]*

*["He left that envelope on my door step to let me know that he is waiting for his opportunity to ambush me in my home-in my bedroom..."]*

7. I believe that the TRO Ms. Domnitz filed to be totally without merit and founded on

dishonest accusations, apart from the false allegation that I was present at her home; specifically. Because of the seriousness of her sexual harassment allegations, I have attached herein true and correct copies, of text messages and the above mentioned emails between myself and Ms. Domnitz. These texts juxtaposed with her allegations, are summarized here, verbatim:

*["Hoffman has threatened to rape & sodomize me many times in the capacity of my own lawyer."]*

*["Throughout the months, Hoffman would describe the threat of rape in the same low voice that sounded like he was masturbating..."]*

*["Hoffman started threatening to rape & sodomize me on the evening of 8/30/2010."]*

A text conversation (*See, Exhibit R*) between Domnitz and Hoffman on November 16, 2010:

**HOFFMAN**: Finally got the final agreement, will get to u today...
**DOMNITZ**: Ok

**HOFFMAN**: More small revisions...Not a final yet... Ill get final by thurs Thnks much Jackie

**DOMNITZ**: When I get home I will sign asap & send to U. No problem. Can't get over how fast this is getting resolved. Lonnie hired a company to resurface the pool-it looks real good and inviting. No more dark patches. I'll send u a pic when I get home.

**HOFFMAN**: I didn't notice patches...But yeah, how cool would it be in time for the party!

**DOMNITZ**: Yeah, I think that's why he did it. OMG U did not see those ugly discolored patches? The new surface feels real silky on our feet. No more rough edges. Yep, it will be good for ur 50th B'Day Blowout. I have been working very hard on those roses too. I need to trim Ricky's tree-

**HOFFMAN**: OK-thank gd I've got 7 months of 40s left Yes-, that's the look I'm going for!!!

**DOMNITZ**: LOL u r comical. 50 is NOT bad. But I want u to stop smoking those cancer stiks. 50 will be wonderful if u stop playing with fire!

**HOFFMAN:** Life is no fun Wout Playong w matches...I'mpretty much done...Haven't had a cig in awhile.

**DOMNITZ:** Men look good longer any way. Just take care of your health-I know more about this subject cuz I am 8 years older than U. Good health is the key to the entire rest of ur long life! Glad u haven't had smoke 4 a while.

**HOFFMAN:** I'm pretty fit Jackie w swimming in 52 water

**DOMNITZ:** Men go thru changes but not like us gals so u r lucky! Wow! That is amazing. **Now I did notice ur flat abs.** But I figured u worked out at a gym. Don't take your invincibility too seriously cuz it will change. Sorry!

**HOFFMAN:** Flat- try full on 6pacl

**DOMNITZ:** Aha! It will get worse & I can only say that tar is a substance that clogs ur arteries. I don't want to upset U. **Just trying to b a friend w/good advice.**

**HOFFMAN:** I appreciate...You are totally right...I gotta lower it but maybe should take meds for it

**DOMNITZ:** Those can have side effects I recommend a cadio doc. Don't fool around with ur reg doc. The cardiologist knows a lot more about the Meds They assess much, much more efficiently.

**HOFFMAN:** Thanks

**DOMNITZ:** Driving now by

Text (*See, Exhibit S*) Domnitz sent to Hoffman on November 17, 2010:
**DOMNITZ: I knew u were Mensa. Ur professional ingenuity is my clear proof.** U will be pleased to know that I was suspect at the mediation. FYI: I am a little brighter than perceived too. Miss pt is a bitter lady. I have NEVER told anyone about this case not even my husband. I talked to him only on that day U called & told me too! Lol back at ya. I am gleeful today. **U r A M A Z I N G!!!!**

Text (*See, Exhibit T*) Domnitz sent to Hoffman on November 17, 2010:
**DOMNITZ:** I bought u a 6 pack of the apprentice Bret Michaels Trop A Rocka Snapple diet tea. It is rally good-doesn't taste like diet. It is hard to find. Will bring it down after Thanksgiving. U don't have to be there. Will combine it w/ a client visit.

A text conversation (*See, Exhibit U*) between Domnitz and Hoffman from November 18, 2010 to November 21, 2011:
**DOMNITZ:** Alan just confirmed grill chef

**HOFFMAN:** Cool!- It's gonna be a helluva partay

**DOMNITZ:** No detail forgotten! I have to contain myself. Have a good Thaxgivg! Will c ya next year.

**HOFFMAN:** Yes indeed

**DOMNITZ:** Will 4ward some pix of pool etc. Later. We will plan more party stuff next year. May stop in Pine St next month when working...Drop off Trop A Rocka for ya. U might like it. I will not invite any gals I know from WDS. They r jealous

A text conversation (*See, Exhibit V*) between Domnitz and Hoffman on November 25, 2010:

**DOMNITZ:** okay & send my best to Geri ur lovely lady & Rachel David

**HOFFMAN:** Awwwwww

**DOMNITZ:** G is a beauty inside and out-ya know how to pick'em

**HOFFMAN:** Thanks...She's a very good person...But so are u

**DOMNITZ:** Awwwwwwww speechless I saw a bunch of folks who asked about you! Wanted to know about ur 50th shindig. Told them ur counting the days & so am I

A text conversation (*See, Exhibit W*) between Domnitz and Hoffman from December 3, 2010 to December 12, 2011:

**DOMNITZ:** Both of the 2 final apprentices r lawyers. I put my money on Brandy cuz she's refined. Clint's too country boy. I hope u r watchg Apprentice on NBC U cud win this game

**HOFFMAN:** Gotta play to win...

**DOMNITZ:** That is exactly THE WAY U PLAY RIGHT? So audition & get on it. I wud b very proud of U

A text conversation (*See, Exhibit X*) between Domnitz and Hoffman from March 11, 2011 to March 19, 2011:

**HOFFMAN:** Hey- how are u!?! The court preliminary approved settlement today, looking like September for final approval-best-Michael

**DOMNITZ:** Doing good. Thx! Does that mean no money til 2012?

**HOFFMAN:** No-should be well before Xmas

**DOMNITZ:** Ok-in court time-it's 2012. Bummer! What a frickin drag. Happy BDay regardless.

**HOFFMAN:** U know I'm doing all I can but it's still pre Xmas bc even w court time- theres a schedule after approval-I promise im doing my best and that it would mean a lot to me to see you smile… 4 hours in court-judge scrubbed ever nook and cranny of deal today

**DOMNITZ:** I am not smiling bc I wanted to make u smile on a significant milestone. U don't always get what u want, Pooh!

**HOFFMAN:** It's ok-I'm still smiling

**DOMNITZ:** It wud be nice if u wud call me on a voice line someday about the courtroom drama. It's not easy for me either. I have my share of trial & tribulations from this case. Perhaps b4 the end of the year I'll be informed by my lawyer. I am left guessing what happened today.

**HOFFMAN:** Can u talk later today?

**DOMNITZ:** I wanted to know the pay outs to other non-participating pltfs who didn't bother to come forward. I wud like to know what the suprvsrs get for enforcing years of non compliance! I cud piss on them.

**HOFFMAN:** .79 per shift…le $500 for the class period Per class member….Real $

8. Ms. Domnitz is familiar with the litigation process and has been involved in sixteen (16) cases in San Mateo County alone (*See, Exhibit 4*); many of which are harassment cases. This complaint has no merit to it and is a waste of the court's time, energy, and resources.

9. On May 26, 2010, Ms. Domnitz testified in her deposition (*See, Exhibit 5*) that she had a theft conviction for stealing items from a drugstore and a clothing store in which she served time and a criminal drug conviction; both convictions were in Montgomery County, Ohio.

10. On September 12, 2011, Joseph Clapp, an attorney that was contracted by Hoffman Employment Lawyers, LLP, and I had a telephonic discussion with Michael Adams, an attorney that Ms. Domnitz contacted, regarding the statements Ms. Domnitz made in the letter she wrote to the court about the conversations between herself and Mr. Adams.

11. On September 13, 2011, I sent a draft declaration that conformed with the telephonic

discussions mentioned above to Mr. Adams to review in an email (*See, Exhibit 6*). I also sent Mr. Adams a true and correct copy of pages five and six of Ms. Domnitz's letter to the court (*See, Exhibit 1*)

12. He sent his revisions of the declaration in an email (*See, Exhibit 7*) on October 3, 2011. Included in his revisions were these statements regarding Ms. Domnitz's concerns:

> **"I do not recall the precise amount of the offered sum she recounted to me, except that it was fairly small and struck me at the time as potentially consistent with a proposed enhancement for the services she had rendered as a class representative. I told her that it could well be such a proposed enhancement, in which case there probably would be nothing "strange" about it at all."**

> **"I then did speak with Mr. Hoffman. He confirmed that his discussion with Ms. Domnitz at the mediation about a payment to her as an enhancement she might receive as a class representative."**

13. The secretary of Mr. Adams has indicated that he is currently in a trial. Mr. Adams has not been able to sign the declaration; however, it will be filed with the court when it is returned.

I declare under penalty of perjury of the laws of the State that the foregoing is true and correct. Executed in San Francisco, California on October 28, 2011.

Michael Hoffman

DECLARATION OF MICHAEL HOFFMAN
Case No. CV-09-05305 MMC