1   MICHAEL HOFFMAN (SBN 154481)
    HOFFMAN EMPLOYMENT LAWYERS,
2   LLP
    100 Pine Street, Suite 1550
3   San Francisco, CA 94111
    Telephone:  (415) 362-1111
4   Facsimile:  (415) 362-1112
    Email:  mhoffman@employment-lawyers.com
5
    Attorneys for Plaintiffs
6   JACUELINE DOMNITZ, PAMELA TADDEI,
    and IMELDA KANTERE
7

8

9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12

13

14  JACQUELINE DOMNITZ, PAMELA          Case No. CV-09-05305 MMC
    TADDDEI, and IMELDA KANTERE, on
15  behalf of themselves, all others similarly   **DECLARATION OF YVETTE GAULT**
    situated, and the general public,
16                                          Date:        November 4, 2011
                                            Time:        9:00 a.m.
17               Plaintiffs,               Courtroom:  7
                                            Judge:       Hon. Maxine Chesney
18        v.

19  WAREHOUSE DEMO SERVICES, INC., a
    Washington Corporation and Does 1 through
20  10, inclusive,
    Defendants.
21

22

23  I, Yvette Gault, declare as follows:

24

25      1.   I am the office manager of Hoffman Employment Lawyers, LLP, attorneys of record

26           for Plaintiff Jacqueline Domnitz in Case No. CV-09-05305-MMC, *Domnitz v. WDS.* I

27           have personal knowledge of the matters stated herein and, if called upon as a witness,

28           could and would competently testify thereto.

**DECLARATION OF YVETTE GAULT**
**Case No. CV-09-05305 MMC**

2.   On September 30, 2011, I served Jacqueline Domnitz with: NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL OF RECORD; DECLARATION OF MICHAEL HOFFMAN, ESQ. and [PROPOSED] ORDER, through the United States Mail by placing the documents listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at 100 Pine Street, Suite 1550, San Francisco, CA 94111 addressed to JACQUELINE DOMNITZ, 7 Villa Lane, Millbrae, CA 94030-2917, Exhibit "A".

3.   I was also instructed by Mr. Hoffman to messenger a copy of these documents to JACQUELINE DOMNITZ, 7 Villa Lane, Millbrae, CA 94030-2917 using the services of Cricket Courier Cooperative.

4.   I have attached as "Exhibit "B" the Proof of Service that accompanied the legal documents mentioned above.

5.   I have attached as "Exhibit "C" the invoice from the messenger service, Cricket Courier Cooperative, for the job executed on September 30, 2011.

I declare under penalty of perjury of the laws of the State that the foregoing is true and correct. Executed in San Francisco, California on October 7, 2011.

_____
Yvette Gault

**DECLARATION OF YVETTE GAULT**
**Case No. CV-09-05305 MMC**

# EXHIBIT A

1   MICHAEL HOFFMAN (SBN 154481)
    HOFFMAN EMPLOYMENT LAWYERS,
2   LLP
    100 Pine Street, Suite 1550
3   San Francisco, CA 94111
    Telephone: (415) 362-1111
4   Facsimile: (415) 362-1112
    Email: mhoffman@employment-lawyers.com

5
    Attorneys for Plaintiffs
6   JACUELINE DOMNITZ, PAMELA TADDEI,
    and IMELDA KANTERE

7

8

9                  UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12

13
    JACQUELINE DOMNITZ, PAMELA         Case No. CV-09-05305 MMC
14  TADDDEI, and IMELDA KANTERE, on
    behalf of themselves, all others similarly   NOTICE OF MOTION AND MOTION TO
15  situated, and the general public,            WITHDRAW AS COUNSEL OF RECORD;
                                                 DECLARATION OF MICHAEL HOFFMAN,
16                 Plaintiffs,                    ESQ.
                                                 **[PROPOSED] ORDER**
17          v.
                                                 Date:      November 4, 2011
18  WAREHOUSE DEMO SERVICES, INC., a   Time:      9:00 a.m.
    Washington Corporation and Does 1 through    Courtroom: 7
19  10, inclusive,                               Judge:     Hon. Maxine Chesney

20                 Defendants.

21

22

23

24

25

26

27

28

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL: PLEASE TAKE

NOTICE that on at 9:00 a.m. on November 4, 2011 or as soon thereafter as the matter may be

heard in the above entitled Court, located at 450 Golden Gate Avenue, San Francisco, California,

in Courtroom 7, The Hon. Maxine Chesney Presiding, HOFFMAN EMPLOYMENT

LAWYERS, LLP, and Michael Hoffman, Esq. will and hereby does move the Court to be

relieved as counsel of record for Plaintiff JACQUELINE DOMNITZ in this action.

JACQUELINE DOMNITZ IS FURTHER HEREBY NOTIFIED that in order to preserve

her legal rights, she should act immediately to retain new counsel in this action. The basis for this

Motion is that HOFFMAN EMPLOYMENT LAWYERS ("Hoffman") has been unable to

communicate with its client, and the attorney-client relationship has completely broken down.

This motion is made pursuant to RULE 11.1 (F) for the Northern District of California, relevant

case authority and the inherent powers of the Court to control its proceedings.

This Motion is based on this Notice of Motion, the attached Memorandum of Points and

Authorities the Declaration of MICHAEL HOFFMAN, Esq., the pleadings and papers on file in

the action, and such further evidence and argument as may be received by the Court at or prior to

the hearing of this motion.

DATED: 09/30/2011

/S/

_____
MICHAEL HOFFMAN, Esq.
Attorneys for Plaintiff

# MEMORANDUM OF POINTS AND AUTHORITIES

## INTRODUCTION

As set forth in the HOFFMAN Declaration, Hoffman agreed to represent JACQUELINE DOMNITZ in connection with her claims against WDS. The parties executed a written retainer agreement that included the terms under which the Firm would represent Ms. Domnitz. It became apparent that our office and Ms. Domnitz had irreconcilable differences in the way we viewed the case, and its handling when Domnitz filed her letter accusing Hoffman of offering her money. As such, we informed Ms. Domnitz that we would no longer be able to represent her in these proceedings, and advised her to immediately seek new counsel. Give the foregoing, our office respectfully request that this Court grant this request and allow our withdrawal as counsel.

## LEGAL ARGUMENT

**A.**        GOOD CAUSE EXISTS TO PERMIT THE WITHDRAWAL

This request to withdraw is within the ambit of the applicable rules. Rule 426100(c)(1)(d) of the California Rules of Professional Conduct permits an attorney to seek withdrawal from representation of a client when the client's conduct renders it unreasonably difficult for the member to carry out the employment effectively. In the instant case, the client has taken a stance that our office does not feel will be reconcilable with our office's intended handling of the case, and has indicated that she will not honor certain provisions of the retainer. As such, our office faces a severe burden if we go forward with our representation of the client, due to the nature of the disagreements. The recent events discussed above have fatally damaged the attorney-client relationship and completely hindered counsels' ability to effectively represent the client's interests in this case. As such, we request that this motion be granted.

MOTION TO WITHDRAW AS COUNSEL
Case No. CV-09-05305 MMC

1   **B.**   **LEAVE TO WITHDRAW WILL NOT DELAY COMPLETION OF THIS ACTION**
2          **OR UNREASONABLY PREJUDICE THE REPRESENTED PARTIES**

3          Allowing our office's withdrawal will not prejudice any party or the forward momentum

4   of this action; *inter alia*, because the other two Named Plaintiffs will be represented by Hoffman,

5   *See* Kantere, Taddei Declarations, no prejudice will result from the granting of this request.

6

7                          **CONCLUSION**

8   Hoffman Employment Lawyers respectfully requests the Court for leave to withdraw as attorney

9   for Ms. Domnitz in the above-captioned matter, and for an order stating that Movant has so

10  withdrawn as an attorney in the above-captioned matter.

11

12                     Respectfully submitted

13  Dated: 09/30/2011

14  By:  _____ /S/ _____

15        MICHAEL HOFFMAN,

16        Attorneys for Plaintiffs

17

18                  **DECLARATION OF MICHAEL HOFFMAN, ESQ.**

19  I, MICHAEL HOFFMAN, Esq., declare and say that I am an attorney at law duly licensed to

20  practice in this District, and am counsel of record for Plaintiff, JACQUELINE DOMNITZ, in this

21  action. I make this declaration from my own personal knowledge. If called to testify, I could and

22  would honestly testify as to the following:

23

24  1. Our firm agreed to represent JACQUELINE DOMNITZ in connection with employment

25  discrimination claims against defendant WDS.

26

27  2. On several occasions I attempted to contact Ms. Domnitz by telephone, email, and text.

28

3. After the letter Ms. Domnitz addressed to the court, it became apparent that our office and Ms.

Domnitz had irreconcilable differences. Before then I informed Ms. Domnitz on September 6,

2011 in a voicemail and on September 7, 2011 at 5:02 p. m in a text message that we would no

longer be able to represent her in these proceedings, and advised her to immediately seek new

counsel.

5. Ms. Domnitz will again be notified today that she must seek new counsel. I am mailing Ms.

Domnitz a copy of the Motion to Withdraw as Counsel on Record and arranging a messenger to

deliver a copy to her residence, as well as emailing her a copy.


DATED:  September 30, 2011          HOFFMAN EMPLOYMENT LAWYERS, LLP


                                   By:_____/S/_____
                                                MICHAEL HOFFMAN

                                   Attorneys for Plaintiffs
                                   JACQUELINE DOMNITZ, PAMELA TADDEI, and
                                   IMELDA KANTERE

1   MICHAEL HOFFMAN (SBN 154481)
    HOFFMAN EMPLOYMENT LAWYERS,
2   LLP
    100 Pine Street, Suite 1550
3   San Francisco, CA 94111
    Telephone: (415) 362-1111
4   Facsimile: (415) 362-1112
    Email: mhoffman@employment-lawyers.com
5
    Attorneys for Plaintiffs
6   JACUELINE DOMNITZ, PAMELA TADDEI,
    and IMELDA KANTERE
7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11

12   JACQUELINE DOMNITZ, PAMELA            Case No. CV-09-05305 MMC
     TADDDEI, and IMELDA KANTERE, on
13   behalf of themselves, all others similarly   **DECLARATION OF PAMELA TADDEI**
     situated, and the general public,
14                                          Date:      November 4, 2011
                Plaintiffs,                 Time:      9:00 a.m.
15                                          Courtroom: 7
          v.                                Judge:     Hon. Maxine Chesney
16
     WAREHOUSE DEMO SERVICES, INC., a
17   Washington Corporation and Does 1 through
     10, inclusive,
18
                Defendants.
19

20

21

22

23

24

25

26

27

28

## DECLARATION OF PAMELA TADDEI

1. I, Pamela Taddei, am a named Plaintiff in the lawsuit, *Domnitz v. WDS*, Case No. CV-09-05305 MMC. I have personal knowledge of the facts stated therein, and if called to do so, I would competently testify to the matters set forth below.

2. I had three brief conversations that I had in August 2011 with another named Plaintiff in the case, Jacqueline Domnitz. The first conversation took place shortly after I heard on the news that Mr. Hoffman had been arrested. I called Ms. Domnitz to see if she had heard the news and asked her if she thought it would delay the final approval of our settlement on August 26, 2011. She said she had not heard anything on the news and in fact, didn't believe it was true.

3. The next morning I received a text message from Ms. Domnitz saying she just saw it and said, "Pam, I want you to know that Michael is innocent of these charges." We had a brief phone conversation and she stated to me that Michael was always nothing but professional and courteous with her and the charges against him couldn't possibly be true.

4. On August 28th or 29th, Ms. Domnitz called me and was upset that I didn't attend the hearing on August 26th. She was emotional and said that final approval has been "delayed" and asked me if I was aware of how much money Mr. Hoffman 'made off the case'. I told her yes, I was aware of what everyone was going to be getting several months ago when I signed the settlement agreements as did she.

5. Ms. Domnitz said, 'Michael is a pig I'm very pissed off that he could make so much money and only gives us $7500.00 for the enhancement payment". I told her that it seems he made good off the case, but I also said that I signed a contract or agreement stating that I was going to get my settlement portion plus any enhancement because I am a named plaintiff.

6. Ms. Domnitz told me that I shouldn't plan on seeing the settlement money for a long time. She said I should trust her and "stick" with her and she would "get us much more money". At some point I asked her why the change of heart? I asked her why she just told me one

-1-

DECLARATION OF PAMELA TADDEI

wee : ago that Michael was fine and now suddenly she was upset at him.  She answered, "If you would have showed up in court on the 26th of August, you would know why."

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Signed this 27th day of September, 2011, in San Francisco California

_Pamela Naddei_
Pamela Taddei

-2-

DECLARATION OF PAMELA TADDEI

1   MICHAEL HOFFMAN (SBN 154481)
HOFFMAN EMPLOYMENT LAWYERS,
2   LLP
100 Pine Street, Suite 1550
3   San Francisco, CA 94111
Telephone: (415) 362-1111
4   Facsimile: (415) 362-1112
Email: mhoffman@employment-lawyers.com

5

Attorneys for Plaintiffs
6   JACUELINE DOMNITZ, PAMELA TADDEI,
and IMELDA KANTERE

7

8                UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11

12   JACQUELINE DOMNITZ, PAMELA         Case No. CV-09-05305 MMC
     TADDDEI, and IMELDA KANTERE, on
13   behalf of themselves, all others similarly      **DECLARATION OF IMELDA KANTERE**
     situated, and the general public,
14
                         Date:       November 4, 2011
15           Plaintiffs,           Time:       9:00 a.m.
                         Courtroom: 7
16       v.                      Judge:     Hon. Maxine Chesney

17   WAREHOUSE DEMO SERVICES, INC., a
     Washington Corporation and Does 1 through
18   10, inclusive,

             Defendants.
19

20

21

22

23

24

25

26

27

28

## DECLARATION OF IMELDA KANTERE

1.     I, Imelda Kantere, am a named Plaintiff in the lawsuit, *Domnitz v. WDS*, Case No. CV-09-05305 MMC. I have personal knowledge of the facts stated therein, and if called to do so, I would competently testify to the matters set forth below.

2.     Michael Hoffman is my attorney in this case. He has worked hard throughout the case and is an effective attorney. I have not had any problems with Mr. Hoffman. He has always conducted business in a professional and courteous manner.

3.     I would like Mr. Hoffman to retain his position as counsel in this matter. I think it would be in my best interest to continue having Mr. Hoffman represent me.


        I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

        Signed this 22 th day of September, 2011, in *SAN FRANCISCO*, California


                                        _____
                                        Imelda Kantere

-1-

DECLARATION

# EXHIBIT B

1

**PROOF OF SERVICE**

2

I am a resident of the State of California, over the age of eighteen years, and not a party
to the within action.  My business address is Hoffman Employment Lawyers, LLP, 100 Pine
Street, Suite 1550, San Francisco, CA 94111.  On September 30, 2011, I served the within
document:

3

4

5

**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL OF
RECORD; DECLARATION OF MICHAEL HOFFMAN, ESQ.**

6

7

**[PROPOSED] ORDER**

8

__x_    by placing the document listed above in a sealed envelope with postage thereon fully
prepaid, in the United States mail at 100 Pine Street, Suite 1550, San Francisco, CA
94111 addressed as set forth below.

9

10

11

DOUGLAS M. BRIA
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California  94105

12

13

14

GENE STONEBARGER
STONEBARGER LAW
75 Iron Point Circle, Suite 145
Folsom, CA 95630

15

16

JACQUELINE DOMNITZ
7 Villa Lane
Millbrae, CA 94030-2917

17

18

19

I am readily familiar with the Firm's practice of collection and processing
correspondence for mailing.  Under that practice, it would be deposited with the U.S.
Postal Service on that same day with postage thereon fully prepaid in the ordinary
course of business.  I am aware that on motion of the party served, service is presumed
invalid if postal cancellation date or postage meter date is more than one day after the
date of deposit for mailing in affidavit.

20

21

22

23

Executed on September 30, 2011 at San Francisco, California.

24

25

26

_____/s/_____
Yvette Gault

27

28

# EXHIBIT C

# Cricket Courier Cooperative

268 Bush St. #3238
San Francisco, CA 94104
415-725-2333

# INVOICE

| | |
|---|---|
| No. | MEM2832 |
| Date | October 01, 2011 |
| Terms | Net Due, 30 Days |
| Due | October 31, 2011 |
| Page | 1 |

Sold to:  068

**Hoffman Employment Law
100 Pine St. #1550
San Francisco, CA.
94111**

| Reference | Item | Details | Amount |
|---|---|---|---|
| | Charges | for the period: 2011-9-152 - 011-10-1 | |
| computer | 15483 | 2011-09-20 2 Hour service<br>From:Law Offices 179 11th St. San Francisco, CA.<br>To:Hoffman Employment Law 100 Pine St. #1550 San Francisco, CA. | 26.00 |
| roaring 20`s | 15242 | 2011-09-21 2 Hour & Return service<br>From:Hoffman Employment Law 100 Pine St. #1550 San Francisco, CA.<br>To: 450 Golden Gate, San Francisco, California | 33.80 |
| wds | 15335 | 2011-09-26 2 Hour service<br>From:Hoffman Employment Law 100 Pine St. #1550 San Francisco, CA.<br>To:U.S. District Court 450 Golden Gate, San Francisco, California | 13.00 |
| wds | 15455 | 2011-09-30 1 Hour service<br>From:Hoffman Employment Law 100 Pine St. #1550 San Francisco, CA.<br>To:Residence 7 Villa Lane, Millbrae, CA | 69.00 |
| | | **Reference: WDS** | **82.00** |