MICHAEL HOFFMAN (SBN 154481)
HOFFMAN EMPLOYMENT LAWYERS, LLP
100 Pine Street, Suite 1550
San Francisco, CA 94111
Telephone: (415) 362-1111
Facsimile: (415) 362-1112
Email: mhoffman@employment-lawyers.com

Attorneys for Plaintiffs
JACUELINE DOMNITZ, PAMELA TADDEI,
and IMELDA KANTERE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE DOMNITZ, PAMELA TADDDEI, and IMELDA KANTERE, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>WAREHOUSE DEMO SERVICES, INC., a Washington Corporation and Does 1 through 10, inclusive,<br>Defendants. | Case No. CV-09-05305 MMC<br><br>**DECLARATION OF ZACHARY FECHHEIMER**<br>Date:         November 4, 2011<br>Time:        9:00 a.m.<br>Courtroom: 7<br>Judge:       Hon. Maxine Chesney |

I, David Fechheimer, declare as follows:

1. I am a private investigator duly licensed in the state of California, License No. 27578. I have personal knowledge of the matters stated herein and, if called upon as a witness, could and would competently testify thereto.

2. On October 6, 2011, Michael Hoffman hired me to conduct an investigation on Jacqueline Domnitz.

**DECLARATION OF ZACHARY FECHHEIMER**
Case No. CV-09-05305 MMC

3. I conducted a background check on Jacqueline Christine Domnitz, also known as Jacqueline Rice, including an IRB Comprehensive Report and an investigation of records of past criminal and civil litigations in the jurisdictions where Jacqueline Domnitz resides or has resided in the past.

4. On October 12, 2011, I provided Mr. Hoffman with a summary of my investigation titled, "REPORT OF INVESTIGATION" as well as all documents revealed in the investigation process.

5. I have attached as "EXHIBIT A" the REPORT OF INVESTIGATION that I presented to Mr. Hoffman at the conclusion of the investigation.

6. I have attached as "EXHIBIT B" the court documents for a drug conviction that involved Jacqueline Rice, also known as Jacqueline Domnitz, in Montgomery County, Ohio that was revealed in my investigation.

7. I was paid $1,500.00 for my services.

I declare under penalty of perjury of the laws of the State that the foregoing is true and correct. Executed in San Francisco, California on October 17, 2011.

*[signature]*
Zachary Fechheimer

# EXHIBIT A

# DAVID B. FECHHEIMER

2005 Lyon Street, San Francisco, California 94115
Telephone (415) 885-5918
Telecopy (415) 885-0685
Cable: DAVFECH

October 12, 2011

Michael Hoffman
HOFFMAN EMPLOYMENT LAWYERS
100 Pine Street, Suite 1550
San Francisco, CA 94111

Re.: JACQUELINE DOMNITZ

## REPORT OF INVESTIGATION

**Jacqueline Christine Domnitz**, also known as Jacqueline Rice, was born October 30, 1953 and has SSN 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. Enclosed is an IRB Comprehensive Report for this Social Security Number. (*Enclosure #1*)

According to the above-enclosed IRB Comprehensive Report, Jacqueline Domnitz has lived in the jurisdictions of Warren and Montgomery Counties, Ohio; Union County, South Carolina; and San Francisco and San Mateo Counties, California.

Jacqueline Domnitz is believed to reside currently at 7 Villa Lane, Millbrae, California 94030.

---

Investigation at the office of the Clerk of the **Court of Common Pleas** of the **State of Ohio** and at the offices of the Clerks of the **Municipal Courts** of the **State of Ohio** for any record of civil or criminal litigation naming Jacqueline Domnitz or Jacqueline Rice as a party revealed the following:

**Court of Common Pleas of the State of Ohio in and for Warren County:**

Case No. 044978, filed June 4, 1985, is captioned <u>Jacqueline C. Rice vs. Merrill A. Chase</u>. Enclosed are materials from the file, which were obtained from microfiche. The remainder of the file has been destroyed. (*Enclosure #2*)

Michael Hoffman
October 12, 2011
Re.: JACQUELINE DOMNITZ
Page 2

**Court of Common Pleas of the State of Ohio in and for Montgomery County:**

**Case No. 86-CR-608**, filed February 7, 1986, is captioned The State of Ohio vs. Jacqueline C. Rice. Enclosed are materials from the file, which were obtained from microfiche. The remainder of the file has been destroyed. (*Enclosure #3*)

**Municipal Court of the State of Ohio in and for Montgomery County at Kettering:**

**Case No. 87-CVF-2158**, filed February 5, 1987, is captioned Betty Stamps vs. Jacqueline Rice. Enclosed are materials from the file, which were obtained from microfiche. The remainder of the file has been destroyed. (*Enclosure #4*)

**Municipal Court of the State of Ohio in and for Montgomery County at Dayton:**

**Case No. 87-CVF-8770**, filed May 22, 1987, is captioned Lazarus vs. Jacqueline C. Rice. Enclosed are materials from the file, which were obtained from microfiche. The remainder of the file has been destroyed. (*Enclosure #5*)

---

Investigation at the office of the Clerk of the **Superior Court** of the **State of California** in and for the **County of San Mateo** for any record of criminal litigation naming Jacqueline Domnitz or Jacqueline Rice revealed the following:

**Case No. NM325950A**, filed December 23, 2002, is captioned People vs. Jacqueline C. Domnitz. This case file has been ordered from the Clerk and will be forwarded to counsel upon receipt. Enclosed is a copy of the docket. (*Enclosure #6*)

**Case No. NM335144A**, filed December 24, 2003, is captioned People vs. Jacqueline Domnitz. This case file has been ordered from the Clerk and will be forwarded to counsel upon receipt. Enclosed is a copy of the docket. (*Enclosure #7*)

Additional investigation at the office of the Clerk of the **Superior Court** of the **State of California** in and for the **County of San Mateo** revealed sixteen records of civil litigation naming Jacqueline Domnitz or Jacqueline Rice as a party.

---

DAVID B. FECHHEIMER

Michael Hoffman
October 12, 2011
Re.: JACQUELINE DOMNITZ
Page 3

Investigation at the office of the Clerk of the Superior Court of the State of California in and for the County of San Francisco revealed three records of civil litigation naming Jacqueline Domnitz or Jacqueline Rice as a party.

---

Investigation at the office of the Clerk of the Courts of the State of South Carolina in and for the County of Union failed to reveal any civil or criminal litigation records naming Jacqueline Domnitz or Jacqueline Rice as a party.

David B. Fechheimer

DBF/kls

(Enclosures #1-7)

DAVID B. FECHHEIMER

# EXHIBIT B

IN THE COMMON PLEAS COURT OF MONTGOMERY COUNTY, OHIO
CRIMINAL DIVISION

STATE OF OHIO

    Plaintiff

vs.

JACQUELINE C. RICE aka Goldie

    Defendant

FILED CRIMINAL DIVISION
COMMON PLEAS COURT
1986 JUL 15 AM 9: 45
CLERK OF COURTS
MONTGOMERY COUNTY

CASE NO.: 86-CR-608

TERMINATION ENTRY

CONVICTED OF: AGGRAVATED TRAFFICKING

On July 9, 1986, the defendant herein appeared in open Court with Counsel for sentencing, the Court having received a written report of a pre-sentence investigation submitted by the Adult Probation Department of this Court.

WHEREFORE, it is the JUDGMENT and SENTENCE of the Court that the defendant herein be delivered to the OHIO STATE REFORMATORY FOR WOMEN and there be imprisoned and confined for a term of of one (1) year;

and further that defendant pay costs of prosecution taxed at $_____, upon which execution is hereby awarded, through the Adult Probation Department of this Court unless otherwise specified.

Imprisonment is SUSPENDED and defendant is placed on probation for a period not to exceed five (5) years under the supervision of the Adult Probation Department of this Court. Defendant shall be subject to the general rules of this Court for Probationers and such additional specific orders as have been or shall be imposed by this Court or Adult Probation Department of this Court.

BOOK 598 PAGE 745

Defendant is sentenced and placed on probation under the provisions of Section(s) 2925.03(A)1) and 2951.02 O.R.C.

BOND IS RELEASED.

APPROVED:

LEE C. FALKE
Prosecuting Attorney

LEON DAIDONE
Assistant Prosecuting Attorney

Defense Counsel: Jeff Froelich, 1812 Kettering Tower

JUDGE MACMILLAN

THE STATE OF OHIO, MONTGOMERY COUNTY

86-CR-608

THE COURT OF COMMON PLEAS

1986 APR 29 PM 12:50

January Terms in the year Nineteen Hundred and Eighty-six

MONTGOMERY COUNTY, ss.

THE GRAND JURORS of the County of Montgomery, in the name, and the authority of the State of Ohio, on their oaths do present and find that JACQUELINE C. RICE,

on or about the 7th day of February in the year one thousand nine hundred and eighty-six in the County of Montgomery, aforesaid, and State of Ohio, did knowingly sell a controlled substance, to-wit: Cocaine, a drug included in Schedule II, in an amount less than the minimum bulk amount; contrary to the form of the statute (in violation of Section 2925.03 (A)(1) of the Ohio Revised Code) in such case made and provided, and against the peace and dignity of the State of Ohio.

SECOND COUNT:

AND the grand jurors of this County, in the name and by the authority of the State of Ohio, upon their oaths, do find and present that: JACQUELINE C. RICE, on or about the 7th day of February, 1986, in the County of Montgomery, aforesaid, and State of Ohio, did knowingly offer to sell a controlled substance, to-wit: Cocaine, a drug included in Schedule II, in an amount less than the minimum bulk amount; contrary to the form of the statute (in violation of Section 2925.03 (A)(1) of the Ohio Revised Code) in such case made and provided, and against the peace and dignity of the State of Ohio.

THIRD COUNT:

AND the grand jurors of this County, in the name and by the authority of the State of

Ohio, upon their oath do find and present that: JACQUELINE C. RICE, on or about the 7th day of February, 1986, in the County of Montgomery, aforesaid, and State of Ohio, being the owner and operator of a motor vehicle as defined in Division (A) of Section 4501.01 of the Revised Code, did knowingly permit such vehicle, to-wit: a motor vehicle being a 1986 Mercury Coupe to be used for the commission of a felony drug abuse offense, to-wit: Aggravated Trafficking, a violation of Section 2925.03 (A)(1) of the Revised Code; contrary to the form of the statute (in violation of Section 2925.13 (A) of the Ohio Revised Code) in such case made and provided, and against the peace and dignity of the State of Ohio.

                        Respectfully submitted,

                        LEE C. FALKE,
                        Prosecuting Attorney
                        Montgomery County, Ohio

                        By /s/ William F. Rudolf
                            Assistant Prosecuting Attorney

"NOTICE: AS A RESULT OF THIS INDICTMENT, THE DEFENDANT MAY NOT KNOWINGLY ACQUIRE, HAVE, CARRY OR USE ANY FIREARM OR DANGEROUS ORDNANCE. SEE SECTION 2923.13 OF THE OHIO REVISED CODE."