**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**

Date: **November 4, 2011**

**C - 09 - 5305 - MMC**

**JACQUELINE DOMNITZ, et al**      v   **WAREHOUSE DEMO SERVICES, INC.**

Attorneys:   Michael Hoffman           Douglas Bria
             Jacqueline Domnitz
             Richard Lambert

Deputy Clerk: **Tracy Lucero**          Reporter: **Katherine Sullivan**

**PROCEEDINGS:**                                    **RULING:**

1. Motion to withdraw as counsel of record for Jacqueline Domnitz      Granted

2. 

3. 

4. 

   ( ) Status Conference      ( ) P/T Conference      ( ) Case Management Conference


**ORDERED DURING HEARING:**

Court scheduled an Evidentiary Hearing re: Settlement for Tuesday, 11/15/2011 at 9:00 a.m.


(48 minutes)