IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE DOMNITZ, et al., | No. C-09-5305 MMC |
| Plaintiffs, | **ORDER GRANTING MOTION TO WITHDRAW; DIRECTIONS TO CLERK** |
| v. | |
| WAREHOUSE DEMO SERVICES, INC., | |
| Defendant. / | |

Before the Court is the Motion to Withdraw as Counsel of Record, filed September 30, 2011, by Michael Hoffman, counsel of record for plaintiff Jacqueline Domnitz. The matter came on regularly for hearing November 4, 2011. Michael Hoffman of Hoffman Employment Lawyers, LLP appeared, as did Jacqueline Domnitz. Additionally, Richard Lambert of Stonebarger Law appeared on behalf of plaintiff Nick Martin, and Douglas M. Bria of Jackson Lewis LLP appeared on behalf of defendant Warehouse Demo Services, Inc.

Having read and considered the motion, and Jacqueline Domnitz having stated her non-opposition to the motion at the hearing, the Court hereby GRANTS the motion, as follows:

1. Michael Hoffman is relieved as counsel of record for plaintiff Jacqueline Domnitz.

//

2. The Clerk is directed to reflect on the docket the following contact information for Jacqueline Domnitz;

>Jacqueline Domnitz
>7 Villa Lane
>Millbrae CA  94030-2917

**IT IS SO ORDERED.**

Dated:  November 4, 2011

MAXINE M. CHESNEY
United States District Judge

2