**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**

Date: **November 15, 2011**

**C - 09 - 5305  - MMC**

  **JACQUELINE DOMNITZ, et al**          v   **WAREHOUSE DEMO SERVICES, INC.**

Attorneys:     Jacqueline Domnitz              Stuart Hanlon

Deputy Clerk: **Tracy Lucero**          Reporter:  **Debra Pas**

**PROCEEDINGS:**

 Evidentiary Hearing re: Settlement - held.

| | |
|---|---|
| 9:04 a.m. | Court convened - parties and counsel stated appearances for the record |
| 9:08 a.m. | Witness: Jacqueline Domnitz (pro se plaintiff) - sworn in by clerk |
| | Court questioned witness. |
| 10:07 a.m. | Court recess |
| 10:25 a.m. | Court reconvened |
| | Cross examination of Domnitz by Stuart Hanlon |
| 10:41 a.m. | Court questioned witness |
| 10:50 a.m. | Re-cross examination of Domnitz by Hanlon |
| 10:53 a.m. | Witness Jacqueline Domnitz made statement to Court. |
| 11:01 a.m. | Witness excused |
| | Defense witness: Michael Adams |
| 11:12 a.m. | Cross examination of Adams by Jacqueline Domnitz |
| 11:45 a.m. | Re-direct examination of Adams by Hanlon |
| 11:47 a.m. | Witness excused |
| | Defense witness: Pamela Taddei |
| 12:00 p.m. | Cross examination of Taddei by Jacqueline Domnitz |
| 12:15 p.m. | Witness excused |
| | Court recess |
| 1:02 p.m. | Court reconvened |
| | Defense witness: Tara Macomber |
| 1:16 p.m. | Cross examination of Macomber by Jacqueline Domnitz |
| 1:35 p.m. | Court questioned witness |
| 1:39 p.m. | Re-direct of Macomber by Hanlon |
| 1:41 p.m. | Re-cross of Macomber by Domnitz |
| 1:43 p.m. | Witness excused |

|  |  |
|---|---|
|  | Defense witness: Alec Segarich |
| 1:49 p.m. | Cross examination of Segarich by Jacqueline Domnitz |
| 2:03 p.m. | Witness excused |
|  |  |
|  | Defense witness: Michael Hoffman |
| 2:10 p.m. | Court questioned witness |
| 2:22 p.m. | Cross examination of Hoffman by Jacqueline Domnitz |
| 2:50 p.m. | Re-direct examination of Hoffman by Stuart Hanlon |
| 2:56 p.m. | Witness excused |
|  |  |
| 2:58 p.m. | Court recess |
| 3:16 p.m. | Court reconvened |
|  |  |
|  | Jacqueline Domnitz resumes witness stand for rebuttal |
| 3:45 p.m. | Rebuttal concluded |
|  |  |
|  | Plaintiff Jacqueline Domnitz began closing argument |
|  |  |
| 3:57 p.m. | Defense closing argument by Stuart Hanlon |
|  |  |
| 4:11 p.m. | Plaintiff Jacqueline Domnitz begins rebuttal argument |
| 4:19 p.m. | Court recess |
| 4:44 p.m. | Court reconvened |

Court made the following ruling(s):

Re: Removal of class counsel Michael Hoffman - Denied.

Re: Amount of Incentive Award to Plaintiff Jacqueline Domnitz remains

Re: Plaintiff Jacqueline Domnitz cannot serve as class representative without counsel; Plaintiff agrees to withdraw as class representative.

Re: Court reconfirms conditional approval of settlement.

Court directs counsel to file proposed order granting approval in format that the Court may modify.

| | |
|---|---|
| 5:03 p.m. | Court recess. |

Admitted Exhibits: 1,2,3,4,5 retained by the Court (copies of exhibits sent to plaintiff)

(5 hours 7 minutes)