# United States District Court
## Northern District of California

**FILED**

# Document Locator

NOV 18 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

**Case Number:** 09 - 5305 MMC

**Date Filed:** 11/18/11

**Document Type:**

Reporter's Transcript: _____

Trial Exhibits: _____

Lodged Documents: _____

Sealed Documents: _____

Other: π's Exhibits

_____

**Location:**

Expando File: _____
(located next to file)

Overflow Shelf: _____

Vault: _____

Other: Shelf 77

# Document Number: _____