JOANNA L. BROOKS (SBN 182986)
DOUGLAS M. BRIA (SBN 226966)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California  94105
Telephone:    (415) 394-9400
Facsimile:     (415) 394-9401
Email:          brooksj@jacksonlewis.com
                    briad@jacksonlewis.com

Attorneys for Defendant
WAREHOUSE DEMO SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACQUELINE DOMNITZ, on behalf of herself,
all others similarly situated, and the general
public,

               Plaintiff,

       v.

WAREHOUSE DEMO SERVICES, INC., a
Washington Corporation; COSTCO
WHOLESALE CORP., INC., a Washington
Corporation; and DOES 1 through 10, inclusive,

              Defendants.

Lead Case No. CV-09-05305 MMC
Consolidated with
Case No. CV-10-04539 MMC

[~~PROPOSED~~] ORDER APPROVING
MOTION TO FILE UNDER SEAL
EXHIBIT A TO THE SUPPLEMENTAL
DECLARATION OF AMANDA
MYETTE; DIRECTIONS TO DEFENDANT

      FOR GOOD CAUSE APPEARING, Defendant Warehouse Demo Services, Inc.'s Motion

to File Exhibit A to the Supplemental Declaration of Amanda Myette under Seal is GRANTED.

Defendant

~~The Clerk of the Court~~ is hereby ORDERED to file the aforementioned Exhibit A (names of 199

putative class members who timely requested exclusion from the settlement class) under seal in

accordance with ~~Local Rule 79-5(b).~~   General Order No. 62.

      IT IS SO ORDERED.

Dated:  December 9, 2011

_____
Maxine M. Chesney, Senior District Judge
U.S. District Court

4850-1721-1662

1