| | |
|---|---|
| 1 | JOANNA L. BROOKS (SBN 182986) |
| | DOUGLAS M. BRIA (SBN 226966) |
| 2 | JACKSON LEWIS LLP |
| | 199 Fremont Street, 10th Floor |
| 3 | San Francisco, California  94105 |
| | Telephone:      (415) 394-9400 |
| 4 | Facsimile:      (415) 394-9401 |
| | Email:          brooksj@jacksonlewis.com |
| 5 |                 briad@jacksonlewis.com |
| 6 | Attorneys for Defendant |
| | WAREHOUSE DEMO SERVICES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE DOMNITZ, on behalf of herself, all others similarly situated, and the general public, | Lead Case No. CV-09-05305 MMC<br>Consolidated with<br>Case No. CV-10-04539 MMC |
| Plaintiff, | **[PROPOSED]** ORDER APPROVING MOTION TO FILE UNDER SEAL EXHIBIT A TO THE SUPPLEMENTAL DECLARATION OF AMANDA MYETTE; DIRECTIONS TO DEFENDANT |
| v. | |
| WAREHOUSE DEMO SERVICES, INC., a Washington Corporation; COSTCO WHOLESALE CORP., INC., a Washington Corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

FOR GOOD CAUSE APPEARING, Defendant Warehouse Demo Services, Inc.'s Motion to File Exhibit A to the Supplemental Declaration of Amanda Myette under Seal is GRANTED.  Defendant ~~The Clerk of the Court~~ is hereby ORDERED to file the aforementioned Exhibit A (names of 199 putative class members who timely requested exclusion from the settlement class) under seal in accordance with ~~Local Rule 79-5(b).~~  General Order No. 62.

IT IS SO ORDERED.

Dated: December 9, 2011

_____
Maxine M. Chesney, Senior District Judge
U.S. District Court

4850-1721-1662

1

[PROPOSED] ORDER APPROVING MOTION TO
FILE UNDER SEAL AND CLOSE COURTROOM                                          Case No. CV-09-05305 MMC